UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAMON RODRIGUEZ MARTINEZ,<br>        Defendant. | 25-cr-104 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Monday, April 7, 2025 at 11:30 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: April 4, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge