UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAMON RODRIGUEZ MARTINEZ,<br>                            Defendant. | 25-cr-104 (AS)<br><br>REVISED<br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The arraignment in this matter, currently scheduled for Monday, April 7, 2025, will now take place the same day at **12:30 PM**.

      SO ORDERED.

Dated: April 4, 2025
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                   United States District Judge