UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>-against-<br><br>RAMON RODRIGUEZ MARTINEZ,<br><br>                        Defendant. | 25-CR-104 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The Court is in receipt of the defendant's supplemental sentencing submission. To afford time for consideration of the issues raised, the sentencing will be rescheduled to the earliest possible date after defense counsel's return. The parties are hereby ordered to jointly propose a date and time for the rescheduled proceeding by **Friday, June 27, 2025, at 12:00 PM**.

       SO ORDERED.

Dated:  June 25, 2025
            New York, New York

                                                                     ARUN SUBRAMANIAN
                                                                United States District Judge