UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAMON RODRIGUEZ MARTINEZ,<br>                 Defendant. | 25-cr-104 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   The sentencing in this matter is hereby adjourned to Wednesday, July 23, 2025, at 3:00 PM.

   SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge